**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Crystal C., Curtis S., Juliette D., and Ernest D.,
Defendants,

Of whom Crystal C. is the Appellant,

and Juliette D. and Ernest D. are Respondents.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2013-001243

Appeal From Lexington County
Deborah Neese, Family Court Judge

Unpublished Opinion No. 2014-UP-100
Submitted February 7, 2014 – Filed March 4, 2014

**AFFIRMED**

William Thomas Causby, of Causby Law Firm, LLC, of
Irmo, for Appellant.

Shawn L. Reeves, of Law Office of Shawn L. Reeves, LLC, of Columbia, for Respondents Ernest D. and Juliette D.; and Scarlet Bell Moore, of Greenville, for Respondent South Carolina Department of Social Services.

---

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Lewis v. Lewis*, 392 S.C. 381, 384, 709 S.E.2d 650, 651 (2011) ("In appeals from the family court, the appellate court has jurisdiction to find facts in accordance with its view of the preponderance of the evidence.  However, this broad scope of review does not require this [c]ourt to disregard the findings of the family court." (internal quotation marks omitted)); *Chambers v. Anderson Cnty. Dep't of Soc. Servs.*, 280 S.C. 209, 212, 311 S.E.2d 746, 747 (Ct. App. 1984) (holding the family court did not err in denying a father's motion for a continuance due to his "emotional inability to appear" because the father offered no expert testimony or other evidence to support his statement).

**AFFIRMED.**[1]

**HUFF and THOMAS, JJ., and CURETON, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.